In the United States District Court
For the District of Maryland

FILED ___ ENTERED
___ LOGGED BU RECEIVED

JUL 1 2024

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America          *

v.                                *          Crim. No.: 23-411-PX

DeJuan Marcell Leonard            *

* * * * * * * * *

## DEFENDANT'S EXHIBIT LIST

| Exhibit # | Description | Identified | Admitted |
| --- | --- | --- | --- |
| DEF-1 | Wigmore BWC | 07/01/2024 | 07/01/2024 |
| DEF-2 | Guevara BWC | 07/01/2024 | 07/01/2024 |
| DEF-3 | Clarke BWC | 07/01/2024 | 07/01/2024 |
| DEF-4 | Wigmore texts | 07/01/2024 | 07/01/2024 |
| DEF-5 | Excerpt from General Orders Manual | 07/01/2024 | 07/01/2024 |
| DEF-6 | Probable Cause Statement | | |
| DEF-7 | Impound Notification | 07/01/2024 | 07/01/2024 |
| DEF-8 | Inventory | 07/01/2024 | 07/01/2024 |
| DEF-9 | Map | 07/01/2024 | 07/01/2024 |
| DEF-10 | Map | 07/01/2024 | 07/01/2024 |
| DEF-11 | Clip Groce In-Car | 07/01/2024 | 07/01/2024 |
| DEF-12A | Clip Groce BWC | 07/01/2024 | 07/01/2024 |
| DEF-12B | Clip Groce BWC | 07/01/2024 | 07/01/2024 |
| DEF-13 | Mitchell incident report* | 07/01/2024 | |
| DEF-14 | Screenshot Wigmore BWC in Mitchell* | 07/01/2024 | 07/01/2024 |
| DEF-15A | Clip Wigmore BWC in Mitchell* | 07/01/2024 | 07/01/2024 |
| DEF-15B | Clip 2 Wigmore BWC in Micthell* | 07/01/2024 | 07/01/2024 |
| DEF-16 | Map | 07/01/2024 | 07/01/2024 |
| DEF-17 | Section 26-166 of Prince Georges County MD Code of Ordinances – Impound without prior notice | 07/01/2024 | 07/01/2024 |